UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RAPIDES HEALTHCARE SYSTEM, L.L.C. | * | CIVIL ACTION NO. 1:10CV00031 |
|     Plaintiff | * | |
| VERSUS | * | JUDGE TRIMBLE |
| | * | |
| AETNA LIFE INSURANCE COMPANY | * | MAGISTRATE JUDGE KIRK |
|     Defendant | | |

**CORPORATE DISCLOSURE STATEMENT**

Now into Court, through undersigned counsel, comes plaintiff, RAPIDES HEALTHCARE SYSTEM, L.L.C. ("RAPIDES"), and files this disclosure statement, pursuant to the requirements of Federal Rule of Civil Procedure 7.1.

1. RAPIDES is a Louisiana limited liability company doing business in Louisiana under various trade names, including Rapides Regional Medical Center.

2. THE RAPIDES FOUNDATION, a Louisiana non-profit corporation, owns, directly or indirectly, more than a ten percent (10%) interest in RAPIDES.

3. The following entities also own, directly or indirectly, more than a ten percent (10%) interest in RAPIDES: Columbia/HCA Healthcare Corporation of Central Louisiana, which is wholly owned by Galen Holdco, LLC, whose membership interest is wholly owned by Healthtrust, Inc. – The Hospital Company, whose common stock is wholly owned by HCA Inc., 97.3% of whose common stock is privately held by Hercules Holding II, LLC, more than ten percent (10%) of whose membership interest is owned directly or indirectly, by Bain Capital Integral Investors 2006, LLC and ML Global Private Equity Fund, L.P., which is affiliated with Bank of America Corporation, a publicly-traded company.

Respectfully submitted,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By:    s/Heather Mathews
      Charles S. Weems, III, T.A.    #13310
      Heather M. Mathews        #29967
      2001 MacArthur Drive
      P. O. Box 6118
      Alexandria, LA 71307-6118
      Phone: (318) 445-6471
      Fax:   (318) 445-6476
ATTORNEYS FOR PLAINTIFF, RAPIDES HEALTHCARE SYSTEM, L.L.C.

CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2010, I electronically filed the Corporate Disclosure Statement by Rapides Healthcare System, L.L.C., with the clerk of court via the CM/ECF system.

              s/Heather Mathews
                  OF COUNSEL