UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RAPIDES HEALTHCARE SYSTEM, L.L.C. | * | CIVIL ACTION NO. 1:10CV00031 |
|     Plaintiff | * | |
| VERSUS | * | JUDGE TRIMBLE |
| AETNA LIFE INSURANCE COMPANY | * | MAGISTRATE JUDGE KIRK |
|     Defendant | | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through their respective undersigned counsel, come plaintiff, **RAPIDES HEALTHCARE SYSTEM, L.L.C.**, and defendant, **AETNA LIFE INSURANCE COMPANY**, and on jointly suggesting to this Honorable Court that settlement has been reached in this matter, settlement documents have been executed between the parties, and the parties wish for the suit to be dismissed, with full prejudice and with each party to bear its own costs incurred in this proceeding,

WHEREFORE, plaintiff, **RAPIDES HEALTHCARE SYSTEM, L.L.C.**, and defendant, **AETNA LIFE INSURANCE COMPANY,** jointly pray that the above captioned matter be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted and approved by:

| GOLD, WEEMS, BRUSER, SUES & RUNDELL | ADAMS AND REESE LLP |
|---|---|
| By:   /s/ Heather M. Mathews | By:   /s/ Don S. McKinney |
|     Charles S. Weems, III, T.A.  #13310 |     William B. Gaudet  #1374 |
|     Heather M. Mathews  #29967 |     Don S. McKinney  #26685 |
|     2001 MacArthur Drive |     One Shell Square – Suite 4500 |
|     P. O. Box 6118 |     701 Poydras Street |
|     Alexandria, LA 71307-6118 |     New Orleans, LA 70139 |
|     Phone: (318) 445-6471 |     Phone: (504) 581-3234 |
|     Fax:  (318) 445-6476 |     Fax:  (504) 566-0210 |
| ATTORNEYS FOR PLAINTIFF, | ATTORNEYS FOR DEFENDANT, |
| RAPIDES HEALTHCARE SYSTEM, L.L.C. | AETNA LIFE INSURANCE COMPANY |

CERTIFICATE OF CONFERENCE

Counsel for defendant, **AETNA LIFE INSURANCE COMPANY**, was provided with the foregoing Joint Motion to Dismiss With Prejudice via electronic mail, and the text of the proposed judgment filed herewith, and has affirmatively consented to the undersigned counsel electronically filing as a joint motion.

/s/ Heather M. Mathews
OF COUNSEL

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2010, I electronically filed the foregoing with the clerk of court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Heather M. Mathews
OF COUNSEL